# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | David Roy Wilde |
| **Case Number:** | 09-92439-BHL-13     **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 23, 2009 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

Hearing on Motion to Abandon and Relief from Stay filed by US Bank, NA with an Objection filed by the Debtor [25, 26]

**R / M #:**   26 / 0

**VACATED:** Withdrawal of Objection filed 11/09/09

## Appearances:

NONE

## Proceedings:

VACATED: Withdrawal of Objection filed 11/09/09

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**